JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMINDA DIAZ, J.V.H., A MINOR BY AND THROUGH GUARDIAN AD LITEM, MELIDA DEL CARMEN GARCIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICER ABRAHAM PETERSON AND DOES 1 THROUGH 10, INCLUSIVE,**<br><br>Defendants. | Case No. 5:21-cv-00584 JGB (SHKx)<br><br>**ORDER OF DISMISSAL** |

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties,

/ / /

/ / /

/ / /

1

with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: December 1, 2021

Honorable Jesus G. Bernal

LA2021601002
64720515.docx